```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    EASTERN DIVISION
```

FREDRICK LANDRUM                                              PLAINTIFF

VERSUS                            CIVIL ACTION NO. 4:05cv125TSL-JCS

KEN TURNER, MARK DUNCAN,
THOMAS THORTON, MAX KILPATRICK,
MARCUS GORDON, UNKNOWN GENTRY,
DAVID EDWARDS, BOARD OF SUPERVISORS,
GLEN WADDELL, LARRY MYERS, L.J. PACE,
BILLY BUTLER, RAYBURN WADDELL, and JOHN DOE        DEFENDANTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed for failure to state a claim, pursuant to 28 U.S.C. section 1915(e)(2)(B)(ii), with prejudice.

SO ORDERED AND ADJUDGED, this the __23rd__ day of February, 2006.


                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE